United States District Court
Southern District of Texas

**ENTERED**

October 25, 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Criminal No. 4:15-cr-0566 |
| | § | |
| LEE ROY VILLARREAL, ET. AL. | § | |

## ORDER
### UNSEALING THE INDICTMENT AS TO THE REMAINING DEFENDANTS

On this day, the Court considered the Government's motion to unseal the indictment as to the remaining defendants and is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that the above-referenced indictment be unseal as to the remaining defendants.

Signed on October 23ʳ, 2019 at Houston, Texas.

_____
Andrew S. Hanen
UNITED STATES DISTRICT JUDGE