```
 1                 IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE SOUTHERN DISTRICT OF TEXAS

 3                           HOUSTON DIVISION

 4   UNITED STATES                    §    CASE NO. 4:15-cr-00566
                                      §    HOUSTON, TX
 5   VERSUS                           §    THURSDAY,
                                      §    MARCH 3, 2016
 6   LEE ROY VILLARREAL               §    12:09 PM TO 12:12 PM

 7                        PRE-TRIAL PROCEEDINGS

 8              BEFORE THE HONORABLE MARY MILLOY
                  UNITED STATES MAGISTRATE JUDGE
 9
                              APPEARANCES:
10

11        FOR THE PARTIES:            SEE NEXT PAGE

12        COURT REPORTER:             PAULA CRAWFORD

13        COURT CLERK:                CYNTHIA JANTOWSKI
```

TRANSCRIPTION SERVICE BY:

Veritext Legal Solutions
330 Old Country Road, Suite 300
Mineola, NY 11501
Tel: 800-727-6396 ▼ www.veritext.com

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

```
 1                         APPEARANCES:

 2

 3   FOR THE PLAINTIFF:         US ATTORNEY'S OFFICE
                                Anibal Alaniz
 4                              1000 Louisiana
                                Suite 2300
 5                              Houston, TX 77002
                                713-567-9000
 6
     FOR THE DEFENDANT:         Lee Roy Villarreal
 7                              Pro Se

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1        HOUSTON, TEXAS; THURSDAY, MARCH 3, 2016; 12:09 P.M.
2            THE COURT:  Okay.  Mr. Villarreal, come forward.
3    Tell me your full name, sir.
4            MR. VILLARREAL:  Lee Roy Villarreal.
5            THE COURT:  You don't have to lead down, Mr.
6    Villarreal.  Do you need the assistance of the interpreter?
7            MR. VILLAREAL:  No.
8            THE COURT:  Okay.  Mr. Villarreal, you were arrested
9    in California and the judge there told you what your charges
10   were.
11           Do I understand you want to hire your own lawyer?
12           MR. VILLAREAL:  Yes.  Well, he's my cousin, so.
13           THE COURT:  He's your ex-cousin?
14           MR. VILLAREAL:  He's my cousin.
15           THE COURT:  He's your cousin.  I didn't know how you
16   could have an ex-cousin.  Who is it?
17           MR. VILLAREAL:  Daniel Garcia.
18           THE COURT:  Daniel Garcia.  And here's the problem,
19   Mr. Villarreal, do you know if Mr. Garcia is allowed to
20   practice in the federal court?
21           MR. VILLAREAL:  He's a federal criminal attorney.
22           THE COURT:  He is?  Okay.  And where does he live?
23           MR. VILLAREAL:  Rio Grande City.
24           THE COURT:  Rio Grande City.
25           Do you know Mr. Garcia?

1              MS. ALANIZ:  Yes.

2              MR. VILLAREAL:  Yes, I do.

3              THE COURT:  Has he contacted you about the case?

4              MR. VILLAREAL:  Not yet.  No, he has not contacted me

5     at all.

6              THE COURT:  Okay.  What I will do is set your case

7     for Monday at 10:00 for what we call counsel determination.

8     Mr. Garcia needs to be here.  It's a different courtroom.  It's

9     the courtroom across the hall -- no, it's down the hall.  Judge

10    Stacy, right?  10:00 for counsel determination.  Your cousin,

11    if he's going to represent you -- why would he represent you?

12             MR. VILLAREAL:  He already told me he was going to.

13             THE COURT:  For free?

14             MR. VILLAREAL:  Well, he's my cousin.

15             THE COURT:  He must be a good cousin.  All right.

16    How old are you, Mr. Villareal?

17             MR. VILLAREAL:  Thirty-one.

18             THE COURT:  Thirty-one.  And your family is in Rio

19    Grande City?

20             MR. VILLAREAL:  They're in McAllen.

21             THE COURT:  McAllen.  Do you know your cousin's

22    number?

23             MR. VILLAREAL:  I know his paralegal's number.

24    Because I --

25             THE COURT:  Okay.  Give Ms. -- you gave it already?

1 Okay. We'll call him and tell him he needs to be here Monday
2 at 10:00 so you can plead not guilty to the charge and your
3 trial date can be set. All right?
4       And you call him, or his paralegal, or your mother,
5 or somebody, call somebody, from this building.
6       MR. VILLAREAL: Okay. Thank you.
7       THE COURT: When did you get to Houston?
8       MR. VILLAREAL: Just right now. I got to Houston
9 yesterday, but then they took me to Corpus.
10       THE COURT: Conway. Corpus?
11       MR. VILLAREAL: Yeah, to get to Coastal Bend.
12       MARSHAL: It was a mix-up. He got here just in time.
13       MR. VILLAREAL: I've been coming from California like
14 (indiscernible).
15       THE COURT: All right. Before you fall asleep, call
16 your mother, tell her to call Mr. Garcia.
17       MR. VILLAREAL: Can I call my wife?
18       THE COURT: Okay. Your wife. Call your wife. But
19 the marshals have a thousand people.
20       MR. VILLAREAL: I understand, ma'am.
21       THE COURT: So don't waste your phone call. All
22 right. Thank you. All right.
23       MR. VILLAREAL: Thank you.
24       THE COURT: Thank you. Thank you.
25    (Hearing adjourned at 12:12 p.m.)

```
 1                    C E R T I F I C A T I O N
 2
 3        I, Sonya Ledanski Hyde, certified that the foregoing
 4   transcript is a true and accurate record of the proceedings.
 5
 6   [signature: Sonya M. Ledanski Hyde]
 7
 8   Sonya Ledanski Hyde
 9
10
...
20   Veritext Legal Solutions
21   330 Old Country Road
22   Suite 300
23   Mineola, NY 11501
24
25   Date:   December 5, 2019
```